UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,
*ex rel.* JOHN DOE,

    Plaintiff-Relator,

v.                                            CASE NO. 3:20-cv-1458-MMH-SJH

                                                        **FILED UNDER SEAL**

KINDRED CARE EMS, LLC; STANLEY
TWIGGS, MARSHIRAY GRIFFIN and
JAMES MCKINNEY,

    Defendants.
_____/

**ORDER**

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), it is **ORDERED** that:

1.     The Complaint be unsealed and served upon the Defendants by the Relator;

2.     All other contents of the Court's file in this action remain under seal and not be made public or served upon the Defendants, except for this Order and the United States of America's Notice of Election to Decline Intervention, which the Relator will serve upon the Defendants only after service of the Complaint;

3.     The seal be lifted as to all other matters occurring in this action after the date of this Order;

4.     The parties shall serve all pleadings filed in this action upon the United

States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

      5.      The parties shall serve all notices of appeal upon the United States;

      6.      All orders of this Court shall be sent to the United States; and, that

      7.      Should the Relator or the Defendants propose that this action be dismissed in a manner requiring the written consent of the United States pursuant to 31 U.S.C. § 3730(b)(1), the party proposing such disposition shall solicit the written consent of the United States before filing any request for such disposition with the Court.

**DONE AND ORDERED** at Jacksonville, Florida, on December 17, 2024.

_____
Samuel J. Horovitz
United States Magistrate Judge

Copies to:

Ronnie S. Carter (Counsel for the United States)
George K. Brew (Counsel for Relator)
Hayley Brew (Counsel for Relator)